**Parties' Joint Update to the Court**<br>**Regarding Deposition Limits**

September 18, 2013

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. JPMorgan Chase & Co., 11 Civ. 6188 (DLC)*
       *FHFA v. HSBC North America Holdings, Inc., 11 Civ. 6189 (DLC)*
       *FHFA v. Barclays Bank PLC, 11 Civ. 6190 (DLC)*
       *FHFA v. Deutsche Bank AG, 11 Civ. 6192 (DLC)*
       *FHFA v. Bank of America Corp., 11 Civ. 6195 (DLC)*
       *FHFA v. Goldman, Sachs and Co., 11 Civ. 6198 (DLC)*
       *FHFA v. Credit Suisse Holdings (USA), Inc., 11 Civ. 6200 (DLC)*
       *FHFA v. Nomura Holding America Inc., 11 Civ. 6201 (DLC)*
       *FHFA v. Merrill Lynch & Co., Inc., 11 Civ. 6202 (DLC)*
       *FHFA v. SG Americas, Inc., 11 Civ. 6203 (DLC)*
       *FHFA v. Morgan Stanley, 11 Civ. 6739 (DLC)*
       *FHFA v. Ally Financial, 11 Civ. 7010 (DLC)*

Dear Judge Cote:

In accordance with the Court's September 13 Order, the parties hereby provide updates regarding the issues referenced therein.

First, the parties have met and conferred again to determine whether all parties agree that they may use their remaining deposition days flexibly. Defendants continue to seek flexibility in using their remaining deposition days, along with the additional depositions requested in Defendants' September 9 submissions. FHFA believes the Court's original allocation of depositions is appropriate for both sets of parties, and is not seeking any reciprocal flexibility for its remaining depositions.

Second, Defendants intend for the requests made in the September 9 letters to be their final requests to this Court for additional depositions. As previously noted, Defendants make these requests in view of the Court's prior rulings and without prejudice to their prior objections.

RBS Securities previously made a motion, which FHFA has opposed, in the coordinated Connecticut action, seeking additional depositions and will apprise that court of any relief afforded here. That motion did not identify specific requested deponents.

Respectfully submitted,

| | |
|---|---|
| /s/ Jonathan Oblak | /s/ Edward Bennett |
| Jonathan Oblak | Edward Bennett |
| (jonoblak@quinnemanuel.com) | (ebennett@wc.com) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WILLIAMS & CONNOLLY LLP |
| 51 Madison Avenue, 22nd Floor | 725 Twelfth Street, N.W. |
| New York, NY 10010 | Washington, D.C. 20005 |
| *Attorney for Plaintiff Federal Housing Finance Agency* | *On Behalf of All Defendants* |