# MAYER•BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel +1 202 263 3000
Main Fax +1 202 263 3300
www.mayerbrown.com

**Reginald R. Goeke**
Direct Tel +1 202 263 3241
Direct Fax +1 202 263 5241
rgoeke@mayerbrown.com

April 23, 2014

<u>**VIA ECF**</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   <u>*FHFA Actions*, No. 11-cv-6189, et al. (S.D.N.Y.) (DLC)</u>

Dear Judge Cote:

I am one of the attorneys for the HSBC Defendants, and write on behalf of Defendants in the above-referenced Actions with regard to the Court's April 3, 2014 Memorandum Opinion and Order, which invited the parties to make supplemental submissions as allowed by that Opinion on or before April 16, 2014. *See* Mem. Opinion and Order, *FHFA v. HSBC North Am. Hldgs. Inc. et al.*, No. 11-cv-6189 (S.D.N.Y. Apr. 3, 2014), at 11 (Dkt. No. 645). On April 16, 2014, the Court granted a joint motion by the parties to extend that deadline to April 23, 2014. *See* Order (Dkt. 658).

Defendants respectfully request an additional extension of time to make those submissions, to May 7, 2014. This will allow Defendants to coordinate their careful consideration of the Court's rulings, and will facilitate ongoing discussions between the parties that have the potential to resolve some or all of the outstanding privilege disputes. Defendants have consulted with FHFA, which does not object to this request.

Respectfully submitted,

<u>/s/ Reginald R. Goeke</u>

Reginald R. Goeke (rgoeke@mayerbrown.com)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20009

*Counsel for the HSBC Defendants, on behalf of all Defendants*

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.