UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                              Plaintiff,<br><br>   -against-<br><br>BARCLAYS BANK PLC., *et al.*,<br><br>                              Defendants. | 11 Civ. 6190 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                              Plaintiff,<br><br>   -against-<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>                              Defendants. | 11 Civ. 7010 (DLC) |

## JOINT MOTION TO STAY PROCEEDINGS

1.       On April 24, 2014, Plaintiff Federal Housing Finance Agency, as Conservator of the Federal Home Loan Mortgage Corporation and the Federal National Mortgage Association (collectively, "Plaintiff"), and Defendants Barclays Bank PLC, Barclays Capital Inc. ("Barclays Capital"), Securitized Asset Backed Receivables LLC, Michael Wade, John Carroll, and Paul Menefee (collectively, the "Barclays Defendants") entered into a settlement agreement (the "Agreement") to resolve claims in *Federal Housing Finance Agency v. Barclays Bank PLC, et*

*al.*, No. 11 Civ. 6190 (DLC) (S.D.N.Y.) (the "*Barclays* Action"), as well as claims against Barclays Capital in *Federal Housing Finance Agency v. Ally Financial Inc., et al.*, No. 11 Civ. 7010 (DLC) (S.D.N.Y.) (the "*Ally* Action").

2. Under the terms of the Agreement, Plaintiff and the Barclays Defendants (the "Parties") agreed jointly to move for a stay of the claims against the Barclays Defendants in the *Barclays* and *Ally* Actions within one business day of executing the Agreement; the Parties do not request a stay of proceedings involving any other party or claim in the *Ally* Action.

3. In accordance with the terms of the Agreement, the Parties shall jointly file a stipulation of voluntary dismissal with prejudice of the *Barclays* Action within one business day of the GSEs' receipt of the Settlement Payment, and shall move to dismiss FHFA's claims against Barclays Capital in the *Ally* Action within five business days of the GSEs' receipt of the Settlement Payment. Presently, the Parties anticipate the Settlement Payment to be made on or before May 8, 2014;

4. The Parties, therefore, request that the Court enter the enclosed proposed order granting the Parties' Motion to Stay Proceedings until the *Barclays* Action has been dismissed and all claims against Barclays Capital in the *Ally* Action have been dismissed.

Dated: April 24, 2014
New York, New York

Respectfully submitted,

By: /s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
Jordan A. Goldstein
(jordangoldstein@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, New York 10010
Tel. (212) 849-7000
Fax. (212) 849-7100

By: /s/ Kanchana Wangkeo Leung
Christopher P. Johnson
(cjohnson@kasowitz.com)
Michael A. Hanin
(mhanin@kasowitz.com)
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York  10019
Tel. (212) 506-1805

*Attorneys for Plaintiff*
*Federal Housing Finance Agency*

By: /s/ Brian T. Frawley
David H. Braff
(braffd@sullcrom.com)
Brian T. Frawley
(frawleyb@sullcrom.com)
Jeffrey T. Scott
(scottj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel. (212) 558-4000

*Attorneys for the Barclays Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br><br> -against-<br><br>BARCLAYS BANK PLC., *et al.*,<br><br>      Defendants. | 11 Civ. 6190 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br><br> -against-<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>      Defendants. | 11 Civ. 7010 (DLC) |

### [PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY PROCEEDINGS

The Court, having considered all materials submitted in favor of the Parties' April 24, 2014 Joint Motion to Stay Proceedings, and finding good cause in support thereof,

IT IS HEREBY ORDERED that:

The Parties' Motion to Stay Proceedings is GRANTED until ___ __, 2014, and the 11 Civ. 6190 action shall remain stayed pending the joint submission of a stipulation of voluntary dismissal with prejudice, but in no event stayed beyond ___ __, 2014 without further approval by

the Court; the 11 Civ. 7010 Action is stayed only as to the moving Parties, and shall remain stayed only for those Parties pending the joint submission of a stipulation of voluntary dismissal with prejudice, but in no event stayed beyond ___ __, 2014 without further approval by the Court.

Dated: ____ __, 2014
       New York, New York

By: _____
     The Honorable Denise L. Cote

United States District Court Judge