**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND THE FEDERAL
HOME LOAN MORTGAGE CORPORATION,

                            Plaintiff,

            -against-

BARCLAYS BANK PLC., *et al.*,

                            Defendants.

11 Civ. 6190 (DLC)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff, Federal Housing Finance Agency, and Barclays Bank PLC,

Barclays Capital Inc., Securitized Asset Backed Receivables LLC, Michael Wade, John Carroll,

and Paul Menefee (collectively, the "Barclays Defendants") have reached a settlement disposing

of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

this Action shall be, and hereby is, dismissed with prejudice, with each party to bear its own

costs.

Dated: May 5, 2014
New York, New York


By: /s/ Philippe Z. Selendy

Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
Jordan A. Goldstein
(jordangoldstein@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, New York 10010
Tel. (212) 849-7000
Fax. (212) 849-7100

*Attorneys for Plaintiff*
*Federal Housing Finance Agency*

By: /s/ Brian T. Frawley

David H. Braff
(braffd@sullcrom.com)
Brian T. Frawley
(frawleyb@sullcrom.com)
Jeffrey T. Scott
(scottj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel. (212) 558-4000

*Attorneys for the Barclays Defendants*

2